**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2480**

ALONZO KEY,

Plaintiff – Appellant,

v.

BADGE 450 PHILLIP S. MIANO; BADGE 545 MATHEW BARNWELL;
BADGE 520 CPL SPANN; BADGE 159 CPL SMITH; CPL EAGERTON,
Officers of Aiken Department of Public Safety,

Defendants – Appellees,

and

SOUTH CAROLINA, STATE OF; AIKEN CITY POLICE DEPARTMENT,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   David C. Norton, District Judge.
(1:11-cv-01613-DCN)

Submitted:  March 26, 2013          Decided:  March 28, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alonzo Key, Appellant Pro Se. William Henry Davidson, II,
Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Key appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Key v. Miano</u>, No. 1:11-cv-01613-DCN (D.S.C. Nov. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>